# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00481-CV

**DBC Pipeline Construction, Inc., Appellant**

**v.**

**City of Austin, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. GN502114, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

DBC Pipeline Construction, Inc. and the City of Austin have moved to dismiss the appeal because they have settled all claims and causes between them. The parties request that the costs be taxed against the party incurring same. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).[1]

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed: June 12, 2006

_____

[1] Appellee City of Austin's pending motion for partial dismissal is dismissed.